IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>312 REAL ESTATE MANAGEMENT LLC, an Illinois limited liability company, and FELECIA COOKE,<br><br>    Defendants. | Case No. 24-9052<br><br>Judge Matthew F. Kennelly |

## DECLARATORY JUDGMENT

The Court enters a declaratory judgment in favor of plaintiff State Auto Property & Casualty Insurance Co. thereon against Defendant 312 Real Estate Management, LLC as follows:

The Court finds and declares that under State Auto Property & Casualty Insurance Company's ("State Auto") policies of insurance numbered PBP2833985-00, PBP2833985-01, PBP2833985-02, PBP2833985-03 and PBP2833985-04, State Auto has no duty or obligation to defend or indemnify 312 Real Estate Management, LLC in the action filed in the Circuit Court of Cook County, Illinois under Cause No. 23 L 5772.

Dated: November 25, 2024.

               _____
                 Judge Matthew F. Kennelly