084809.0347(207)  RMC:lab  #397

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY,** ) ) ) ) **Plaintiff,** ) ) v. ) ) **312 REAL ESTATE MANAGEMENT LLC, an Illinois limited liability company, and FELECIA COOKE,** ) ) ) ) ) ) **Defendants.** ) | Case No. 24-9052 Judge Matthew F. Kennelly |

**DECLARATORY JUDGMENT**

The Plaintiff, State Auto Property & Casualty Insurance Company, having filed a motion for the entry of a default against Defendant Felecia Cooke (Doc.21), the Court having granted that motion and having requested a proposed declaratory judgment to be submitted for consideration (Doc. 22, granting Doc. 21), the Court now enters a declaratory judgment thereon against Felecia Cooke as follows:

The Court enters judgment for Plaintiff State Auto Property & Casualty Insurance Company and against the Defendant Felecia Cooke finding and declaring that, under its policies of insurance numbered PBP2833985-00, PBP2833985-01, PBP2833985-02, PBP2833985-03 and PBP2833985-04, State Auto Property & Casualty Insurance Company has no duty or obligation to defend or indemnify Real Estate Management, LLC in the action filed in the Circuit Court of Cook County, Illinois under Cause No. 23 L5772.

Dated: January 6, 2025

_____
Judge Matthew F. Kennelly